# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, )<br>　　　　　　　　　　　　　　 )<br>　　　　Plaintiff, 　　　　　　　 )<br>　　　　　　　　　　　　　　 )<br>vs.　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　 )<br>Walter Lee Hawkins, Jr.,　　　　 )<br>　　　　　　　　　　　　　　 )<br>　　　　Defendant.　　　　　　 ) | **PRETRIAL STATUS CONFERENCE**<br><br>Case No. 1:24-cr-044 |

The undersigned shall hold a pretrial status conference with counsel by telephone on June 24, 2026, at 10:45 AM to discuss, among other things, the viability of the current trial date. To participate, counsel shall call (571) 353-2301 and enter "Call ID" 292466149. Counsel are strongly encouraged to consult with each other prior to the conference. This will enable the conference to progress more expeditiously.

**IT IS SO ORDERED.**

Dated this 4th day of February, 2026.

　　　　　　　　　　　　　　　　　　　　*/s/ Clare R. Hochhalter*
　　　　　　　　　　　　　　　　　　　　Clare R. Hochhalter, Magistrate Judge
　　　　　　　　　　　　　　　　　　　　United States District Court